IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DONALD JOSEPH WEST | § | |
| | § | |
| v. | § | 2:11-CV-273 |
| | § | |
| UNITED STATES GOVERNMENT | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION and DISMISSING MOTION FOR PETITION OF WRIT OF HABEAS CORPUS

Came for consideration the handwritten "Motion for Petition for Writ of Habeas Corpus," which this Court construes as a petition pursuant to 28 U.S.C. § 2241. On April 5, 2012, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant motion be dismissed without prejudice for lack of subject matter jurisdiction. No objections to the Report and Recommendation have been filed.

Having made an independent examination of the record in this case and having examined the Report and Recommendation of the Magistrate Judge, the undersigned United States District Judge hereby ADOPTS the Report and Recommendation. Accordingly, the petition for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

IT IS SO ORDERED.

ENTERED this _23rd_ day of _April_ 2012.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE